PER CURIAM.

(No. 75-CC-436—

METHODIST HOSPITAL OF CENTRAL ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 2, 1975.*

METHODIST HOSPITAL OF CENTRAL ILLINOIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

Per Curiam.